UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| JENNIE ROSENBRAHN, NANCY ROSENBRAHN, JEREMY COLLER, CLAY SCHWEITZER, LYNN SERLING-SWANK, MONICA SERLING-SWANK, KRYSTAL COSBY, KAITLYNN HOERNER, BARBARA WRIGHT, ASHLEY WRIGHT, GREG KNIFFEN, and MARK CHURCH, <br><br>        Plaintiffs, <br><br>vs. <br><br>DENNIS DAUGAARD, in his official capacity as Governor; MARTY JACKLEY, in his official capacity as Attorney General; DONEEN HOLLINGSWORTH, in her official capacity as Secretary of Health; TREVOR JONES, in his official capacity as Secretary of Public Safety; and CAROL SHERMAN, in her official capacity as Brown County Register of Deeds; <br><br>        Defendants. | 4:14-CV-04081-KES <br><br><br>ORDER SCHEDULING HEARING |

Pending before the court is defendants' motion to dismiss (Docket 10).

After consultation with the parties, it is

ORDERED that a hearing on defendants' motion to dismiss will be held on **Friday, October 17, 2014, at 9 a.m**. at 400 South Phillips Avenue, Courtroom 2, Sioux Falls, South Dakota.

Dated this 8th day of October, 2014.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE