UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**Rosenbrahn, et al.**,

    *Plaintiffs,*

vs.

**Daugaard, et al.**,

    *Defendants.*

Court File No. 14–CV–4081–KES
Case Type: Civil Rights / § 1983

**JOINT MOTION TO EXTEND DEADLINE TO PETITION FOR ATTORNEYS' FEES AND COSTS**

The parties respectfully request that the Court enter an order extending the deadline for any request for costs or fees.

Defendants intend to appeal this Court's judgment entered on January 12, 2015. Judicial economy counsels in favor of waiting for final disposition by the Eighth Circuit Court of Appeals or the Supreme Court before engaging in possible motion practice regarding entitlement to, and liability for, fees or costs and the amount thereof.

Without conceding any party's entitlement to fees or costs, counsel for all of the parties consent to the granting of this motion.

For the foregoing reasons, the parties respectfully request that the Court enter an order stating that, notwithstanding any other provision of law, including without limitation Fed. R. Civ. P. 54 and Local Rule 54.1, the deadline for any requests concerning attorneys' fees or costs shall be extended until 30 days after (a) the final

disposition of this case by the Supreme Court or the Eighth Circuit Court of Appeals, or (b) this Court's judgment becomes final because no party has filed a timely notice of appeal or petition for *certiorari*.

Dated this 26th day of January 2015.

**MADIA LAW LLC**

/s/Joshua A. Newville            .
Joshua A. Newville
Admitted *pro hac vice*
345 Union Plaza
333 Washington Avenue North
Minneapolis, Minnesota 55401
Phone: (612) 349-2743
Fax: (612) 235-3357
joshuanewville@madialaw.com
*Counsel for Plaintiffs*

**BURD AND VOIGT LAW OFFICE**

/s/Debra Voigt            .
Debra Voigt
SD Bar No. 2473
601 S. Cliff Ave, Suite A
Sioux Falls, SD 57103
Phone: (605) 332-4351
Fax: (605) 334-6844
debra@burdandvoigt.com
*Counsel for Plaintiffs*

**NATIONAL CENTER FOR LESBIAN RIGHTS**

/s/Shannon P. Minter            .
Shannon P. Minter
Christopher F. Stoll

Admitted *pro hac vice*
870 Market Street, Suite 370
San Francisco, California 94102
Phone: (415) 392-6257
Fax: (415) 392-8442
sminter@nclrights.org
*Counsel for Plaintiffs*


**SOUTH DAKOTA ATTORNEY GENERAL'S OFFICE**

/s/Jeffrey P. Hallem                               .
Jeffrey P. Hallem, Assistant Attorney General
Ellie J. Bailey, Assistant Attorney General
South Dakota Attorney General's Office
1302 E. Highway 14, Suite 1
Pierre, SD  57501
Phone: (605) 773-3215
*Counsel for Defendants Daugaard, Jackley, Hollingsworth, and Jones*


**MAY, ADAM, GERDES & THOMPSON, LLP**

/s/Robert B. Anderson                 .
Robert B. Anderson
Justin L. Bell
503 South Pierre Street
PO Box 160
Pierre, SD  57506
Phone: (605) 224-8803
*Counsel for Defendant Sherman*