UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| **Rosenbrahn, et al.,** | Court File No. 14–CV–4081–KES<br>Case Type: Civil Rights / § 1983 |
| *Plaintiffs,* | |
| *vs.* | **STIPULATION AND JOINT MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS** |
| **Daugaard, et al.** | |
| *Defendants.* | |

This Court entered judgment in favor of Plaintiffs on January 12, 2015. Doc. 51. As prevailing parties, Plaintiffs are entitled to an award of their reasonable attorneys' fees and costs incurred pursuant to 42 U.S.C. § 1988. In the interests of resolution of this matter without further litigation and the further accumulation of attorneys' fees and costs, the Parties, by and through their counsel of record, now hereby stipulate to an award of attorneys' fees and costs to Plaintiffs.

Defendants have agreed to pay, and the Plaintiffs have agreed to accept, the sum total of One Hundred and Forty-Four Thousand, Five Hundred and Ninety-Five Dollars and Zero Cents (144,595.00) in full and final settlement of the district-court level attorneys' fees and costs due to Plaintiffs for this matter. More specifically, Defendants agree to pay: One Hundred and Nine Thousand Dollars and Twenty-Three Cents ($109,000.23) to "Madia Law LLC"; and Thirty-Five Thousand, Five Hundred and Ninety-Four Dollars and Seventy-Seven Cents ($35,594.77) to "National Center for

1

Lesbian Rights."

The Parties have simultaneously filed a separate stipulation and joint motion for award of attorneys' fees and costs with the United States Court of Appeals for the Eighth Circuit for Plaintiffs'-Appellees' fees and costs incurred on appeal.

For the foregoing reasons, the Parties jointly move the Court to enter the Proposed Order attached herewith as Exhibit A.

*Dated: September 25, 2015.*

        **MADIA LAW LLC**

        /s/Joshua A. Newville   .
        Joshua Newville
        Admitted *pro hac vice*
        345 Union Plaza
        333 Washington Avenue North
        Minneapolis, Minnesota 55401
        Phone: (612) 349-2743
        joshuanewville@madialaw.com
        *Counsel for all Plaintiffs*

        **BURD AND VOIGT LAW OFFICE**

        /s/Debra Voigt   .
        Debra Voigt
        SD Bar No. 2473
        601 S. Cliff Ave, Suite A
        Sioux Falls, SD 57103
        Phone: (605) 332-4351
        Fax: (605) 334-6844
        debra@burdandvoigt.com
        *Counsel for all Plaintiffs*

        **MAY, ADAM, GERDES & THOMPSON LLP**

        /s/Timothy M. Engel   .
        Timothy M. Engel
        503 South Pierre Street

          PO Box 160
          Pierre, SD  57506
          Phone: (605) 224-8803
          *Counsel for Defendants Daugaard, Jackley,*
          *Malsam-Rysdon, and Jones*

          **MAY, ADAM, GERDES & THOMPSON LLP**

          /s/Robert B. Anderson      .
          Robert B. Anderson
          Justin L. Bell
          503 South Pierre Street
          PO Box 160
          Pierre, SD  57506
          Phone: (605) 224-8803
          *Counsel for Appellant Sherman*
          Email: sporsborg@smithbakke.com
          *Counsel For Defendant Sherman*