**FILED**

SEP 2 8 2015


CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| **Rosenbrahn, et al.,** | Court File No. 14–CV–4081–KES |
| | Case Type: Civil Rights / § 1983 |
| *Plaintiffs,* | |
| *vs.* | **ORDER FOR AWARD OF ATTORNEYS' FEES AND COSTS** |
| **Daugaard, et al.** | |
| *Defendants.* | |

This Court entered judgment in favor of Plaintiffs-Appellees on January 12, 2015. Doc. 51. As prevailing parties, Plaintiffs are entitled to an award of their reasonable attorneys' fees and costs incurred at the District Court in this action pursuant to 42 U.S.C. § 1988. In the interests of resolution of this matter without further litigation and the further accumulation of attorneys' fees and costs, the Parties stipulated to—and jointly moved this Court for—an award of attorneys' fees and costs to Plaintiffs.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendants are ordered to pay Plaintiffs-Appellees the sum total of One Hundred and Forty-Four Thousand, Five Hundred and Ninety-Five Dollars and Zero Cents (144,595.00) in full and final settlement of all district-court level attorneys' fees and costs due to Plaintiffs for this matter. More specifically, Defendants are ordered to pay: One Hundred and Nine

Thousand Dollars and Twenty-Three Cents ($109,000.23) to "Madia Law LLC"; and Thirty-Five Thousand, Five Hundred and Ninety-Four Dollars and Seventy-Seven Cents ($35,594.77) to "National Center for Lesbian Rights."

DATED this 28 day of September 2015.

**BY THE COURT:**

Karen E. Schreier
The Honorable Karen E. Schreier,
United States District Court Judge