UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 15-1186

Jennie Rosenbrahn, et al.

Appellees

v.

Dennis Daugaard, in his official capacity as Governor, et al.

Appellants

------------------------------

Liberty, Life, and Law Foundation, et al.

Amici on Behalf of Appellant(s)

Howard University School of Law Civil Rights Clinic, et al.

Amici on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the District of South Dakota - Sioux Falls
(4:14-cv-04081-KES)
_____

**ORDER**

The joint motion for award of attorneys' fees and costs has been considered by the court, and the motion is granted.

Appellants are ordered to pay Appellees the sum total of Ninety-Seven Thousand, Four Hundred and Five Dollars and Zero Cents ($97,405.00) in full and final settlement of all attorneys' fees and costs due to Appellees for this appeal. More specifically, Appellants are

ordered to pay Seventy-Three Thousand Four Hundred Twenty-Six Dollars and Ninety-Four Cents ($73,426.94) to "Madia Law LLC"; and Twenty-Three Thousand, Nine Hundred Seventy-Eight Dollars and Six Cents ($23,978.06) to "National Center for Lesbian Rights".

September 30, 2015

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans